SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ARIN C. HEINZ, MIB #P80252**
Assistant United States Attorney
arin.heinz@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-CR-00052-001-AR** |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **GERALD FREDERICK COX JR.,** | |
| **Defendant.** | |

### I.      SENTENCING RECOMMENDATION

Mr. Gerald Cox comes before the Court to be sentenced for violating 18 U.S.C. Section 2113(b), Bank Larceny (Class A Misdemeanor). The Government joins U.S. Probation and Mr. Cox in requesting the Court impose a sentence of 2 years probation. Defendant committed the offense because he was unhoused and wanted to go to prison. He did not brandish a weapon or threaten the teller, and he took less than $1,000 ($121 total). When he encountered law enforcement, he was honest and cooperative. Mr. Cox struggles with alcohol use disorder

**Government's Sentencing Memorandum**                                    **Page 1**

(severe), PTSD, major depressive disorder (moderate), generalized anxiety disorder, and bipolar I disorder (severe with manic episode). While on pretrial release, he engaged in residential treatment services at the Volunteers of America and has generally been successful. For these reasons, and pursuant to 18 U.S.C. Section 3553, the Government recommends a sentence of two years probation.

///

Dated: May 31, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

_____
ARIN C. HEINZ, MIB#P80252
Assistant United States Attorney

**Government's Sentencing Memorandum**                                    **Page 2**